AO 91 (Rev. 11/11) Criminal Complaint

DOA
7/28/2026

# UNITED STATES DISTRICT COURT
### for the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sarah Desiree Rios-Martin<br>(United States Citizen) | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | Case No. 26-5354mJ |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 28, 2026, in Pinal County, in the District of Arizona, SARAH DESIREE RIOS-MARTIN, knowing and in reckless disregard of the fact that a certain alien, namely: Jorge Antonio Alvarez-Vargas had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii), (Transportation of an Illegal Alien).

This criminal complaint is based on these facts:

See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

KATHLEEN A KAUFMAN
Digitally signed by KATHLEEN A KAUFMAN
Date: 2026.07.29 11:18:23 -07'00'

*Complainant's signature*

Reviewed by AUSA Stephen Marlowe for AUSA Madeline Shupe

Kathleen Kaufman, Border Patrol Agent

*Printed name and title*

Sworn to before me and subscribed telephonically.

Date: July 29, 2026 @ 1:08 p.m.

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Kathleen Kaufman, a United States Border Patrol Agent, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1.      I am a Border Patrol Agent (BPA) with the United States Border Patrol (USBP), United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecutions Unit. I have 17 years of experience as a Border Patrol Agent and have been assigned to various details including the Casa Grande Station Processing Unit and the System Surveillance team.

2.      In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

*Department of Public Safety Stop*

3.      On July 28, 2026, at approximately 3:38 pm, Department of Public Safety (DPS) Trooper D. Brandt was traveling westbound on Interstate 10 (I-10) near mile post 229 when he observed a blue Volvo SUV ("the Volvo") with Arizona license plate BIGDES traveling in the number three lane. As Trooper Brandt pulled behind the vehicle to obtain the license plate, the Volvo abruptly veered across the gore point to exit at mile post 228. Trooper Brandt activated his emergency lights on his patrol vehicle to initiate a traffic stop. The Volvo pulled on to the dirt shoulder on the frontage road and Trooper Brandt observes several heads pop up in the vehicle. The rear doors opened and three Hispanic males wearing camouflage clothing fled the vehicle on foot. The driver and the front passenger remained in the vehicle and complied with commands.

4.      Due to the clothing and the behavior of the fleeing passengers, Trooper Brandt suspected the occupants of the Volvo were engaged in human smuggling. Trooper Brandt placed the driver and the front passenger under arrest. The driver was identified as Sarah Desiree Rios-Martin ("RIOS"), and the passenger was identified as Anthony Francisco Almazan ("Almazan"). Trooper Brandt contacted Border Patrol for further assistance. Trooper Brandt issued the driver a traffic ticket for A.R.S § 28-644A2, Drive Across Gore Area.

*Border Patrol Encounter*

5.      At approximately 4:10 p.m., BPAs from the Casa Grande Border Patrol Station arrived on scene began searching for the subjects who had absconded. BPAs detected a line of travel leading to the desert from the vehicle. BPAs followed the footprints and found an individual hiding under a tree. BPAs identified themselves as such and determined that the subject was unlawfully present in the United States. BPAs brought the subject, Jorge Antonio Alvarez-Vargas ("Alvarez"), to the scene of the bailout, and Trooper Brandt verified that Alvarez was one of the subjects who had absconded. BPAs then transported RIOS, Almazan, and Alvarez to the Casa Grande Border Patrol Station. At the Casa Grande Border Patrol station, BPAs confirmed through fingerprint analysis that RIOS and Almazan are citizens of the United States, and Alvarez is a citizen of Mexico. Alvarez has no current, pending, or archived visas or permissions allowing him to be lawfully present in the United States.

*Defendant's Interview*

6.      At approximately 8:33 p.m. BPAs read RIOS her *Miranda* rights. RIOS stated and signed a written form acknowledging that she understood her rights and that she was willing to make a statement without the presence of an attorney. RIOS stated the Volvo belongs to her. RIOS stated that she purchased it approximately two weeks ago. RIOS stated that she left her house at approximately 3:30 p.m. with Almazan. RIOS stated that they went to Circle K to refuel the Volvo. RIOS stated that while they were at the gas

station, a male subject approached her and asked her for a ride to Phoenix. RIOS stated that she agreed to give them a ride since she was on her way there. RIOS stated the individual spoke to her in Spanish. She stated that she does not speak Spanish but can understand a little when spoken slowly. RIOS stated that she did not know where in Phoenix they were going. RIOS told Almazan that she was giving them a ride, and he said that was fine.

7.     *Passenger's Interview: Anthony Francisco Almazan*

At approximately 9:44 pm BPAs read Almazan his *Miranda* rights. Almazan stated and signed a written form acknowledging that he understood his rights and that he was willing to make a statement without the presence of an attorney. Almazan stated that RIOS picked him up at his mother's house. Almazan stated that three individuals were in RIOS's car when she picked him up. Almazan stated he did not know that the three individuals were in the United States illegally.

*Material Witness's Interview: Jorge Antonio Alvarez-Vargas*

8.     At approximately 8:47 pm BPAs conducted a video-recorded interview of Alvarez, who freely admitted to being a citizen and national of Mexico without immigration documents, pending or otherwise, that would allow him to enter, pass through, or remain in the United States legally. Alvarez stated that his friends told him to travel to Caborca, Sonora, Mexico, where he could find someone to smuggle him into the United States. Alvarez flew from Puebla, Mexico to Hermosillo, Sonora, Mexico. From Hermosillo, Alvarez took a bus to Caborca and stayed in a hotel for approximately three days. Alvarez stated a small car picked him up and he paid the driver the mafia fee of 60,000 MXN. Alvarez stated he would pay an additional 60,000 MXN when he reached his final destination in Phoenix, AZ. Alvarez stated he was dropped off on the side of the road where a group of people were waiting to cross into the United States. A vehicle picked them all up and drove them to the Mexico/United States International Boundary Fence (IBF). On July 22, 2026, at approximately 10:00 PM Alvarez crossed the IBF into the United States with two other migrants and a foot guide. Alvarez stated that he followed the

foot guide for seven days, and the group was picked up by a vehicle in the desert. When the vehicle arrived, the foot guide opened the door and instructed them to lay low to conceal themselves. Alvarez stated that he and the other two aliens sat on the floorboards of the vehicle.

9.      Alvarez stated that the driver of the vehicle never spoke to him. Avarez stated they drove past Tucson and did not stop until they were pulled over. Alvarez stated that one of the illegal aliens opened the door and told him to run. Alvarez stated he was tired from walking through the desert for seven days, so he did not run very far. Alvarez was shown six-person photographic lineups of RIOS and Almazan but was unable to identify either of them.

*Conclusion*

10.      Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, SARAH DESIREE RIOS-MARTIN, knowing or in reckless disregard of the fact that a certain alien, Alvarez, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said alien within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

KATHLEEN A
KAUFMAN

Digitally signed by KATHLEEN A
KAUFMAN
Date: 2026.07.29 11:17:21 -07'00'

Kathleen Kaufman
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed telephonically on this 29th day of July, 2026.

1:08 p.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge